THE PEOPLE *ex rel.* Albert Kocourek

*v.*

THE CITY OF CHICAGO AND MANDEL BROS.

*Opinion filed December 18, 1901.*

This case is controlled by the decision in *People ex rel.* v. *City of Chicago and Schlesinger & Mayer*, (*ante*, p. 507.)

MAGRUDER, J., dissenting.

ORIGINAL petition for *mandamus.*

L. P. WILCOX, for relator.

CHARLES M. WALKER, Corporation Counsel, for respondent the city of Chicago.

DUPEE, JUDAH, WILLARD & WOLF, for respondents Mandel Bros.

Per CURIAM: This case being in all respects like that of *People ex rel.* v. *City of Chicago and Schlesinger & Mayer*, (*ante*, p. 507,) the writ will be denied for the reasons stated in the opinion filed in that case.

*Writ denied.*

Mr. JUSTICE MAGRUDER: I do not think the writ ought to be denied for reasons stated in *Marshall Field* and *Schlesinger & Mayer cases*, (*ante*, pp. 525 and 543.)